**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jean Bertrang CASIMIR, a.k.a. Compa, Defendant–Appellant.**

**No. 07–10498**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

March 5, 2008.

David O. Markus, David Oscar Markus, PLLC, Miami, FL, for Defendant–Appellant.

Anne R. Schultz, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Before TJOFLAT, ANDERSON and HULL, Circuit Judges.

PER CURIAM:

David Markus, appointed counsel for Jean Bertrang Casimir in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Casimir's conviction and sentence are **AFFIRMED.**